UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-20438-GAYLES

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALBERTO GONZALEZ, | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| _____ | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

PLEASE ACKNOWLEDGE this instrument as the Notice of Appearance of John R. Howes, Esq., as Court Appointed Counsel for the Defendant, ALBERTO GONZALEZ.

DATED this 27th day of October, 2025.

*John R. Howes, Esq.*
John R. Howes, Esq.
Howes Law Group, P.A.
110 SE 6th Street
Suite 1700
Fort Lauderdale, FL 33301
Phone: 954.328.2358
Email: FloridaLawyer@outlook.com
Florida Bar No. 0219193

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been furnished by Electronic Delivery using CM/ECF and to AUSA Christopher Clark at christopher.clark@doj.gov and to Michael E. Dutko, Esq., at michael@dutkoandkroll.com this 24th day of October, 2025.

John R. Howes, Esq.