# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor          Date: 10/27/25     Time: 10:00 a.m.

**Defendant:** 1) Alberto Gonzalez      **J#:** (B)      **Case #:** 25-20438-CR-GAYLES/SHAW-WILDER

**AUSA:** Jeremy Fugate      **Attorney:**

**Violation:** CONSP/PWID COCAINE

**Proceeding:** REPORT RE: COUNSEL/ARR      **CJA Appt:** John Howes, Esq.

**Bond/PTD Held:** ☐ Yes  ☐ No      **Recommended Bond:**

**Bond Set at:** $50,000 10%; $150,000 PSB(stip)      **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☑ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☑ Refrain from excessive use of alcohol
- ☑ Participate in mental health assessment & treatment
- ☑ Maintain or seek full-time employment/education
- ☑ No contact with victims/witnesses
- ☑ No firearms
- ☑ Not to encumber property
- ☑ May not visit transportation establishments
- ☑ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** English

**Disposition:**
Brady Order NOT given

*Atty Sanford advised that he will not be filing a permanent appearance in this matter*

*Defendant's ore tenus motion for appointment of counsel is Granted*

*Defendant sworn; CJA counsel appointed*

*Defendant found partially indigent; to pay $6,000 into the registry of the Court. If defendant retains private counsel within 30 days, he will not need to pay amount ordered.*

*Brady order NOT given*

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**      Date:      Time:      Judge:      Place:

**Report RE Counsel:**

**PTD/Bond Hearing:**

***Arraignment:***      *10/28/25      10:00 a.m.      Duty/Miami*

**Status Conference RE:**

**D.A.R.** 10:37:00      **Time in Court:** 8 mins