# COURT MINUTES

## Magistrate Judge Lauren F. Louis

| Atkins Building Courthouse - 11th Floor | Date: 10/28/2025   Time: 10:00 a.m. |
|---|---|

| Defendant: Alberto Gonzalez | J#: BOND | Case #: 25-CR-20438-GAYLES |
|---|---|---|

AUSA: Audrey Pence Tomanelli      Attorney: John R. Howes -CJA

Violation: CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE; PWID - CONTROLLED SUBSTANCE

Proceeding: Arraignment       CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:

Bond Set at: STIP - $100K PSB & $50K w/10% w/Nebbia       Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
*Brady Order NOT given*

***Defendant Arraigned:***
***Reading of Indictment Waived***
***Not Guilty plea entered***
***Jury trial demanded***
***Standing Discovery Order requested***

***Defendant's ore tenus motion for entry of the Standing Discovery Order is Granted***

*Brady Order given*

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:      Time:      Judge:      Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:33:26                                                    Time in Court: 2 mins