UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-20438-GAYLES

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| ALBERTO GONZALEZ, | ) |
| Defendant. | ) |

## *UNOPPOSSED* MOTION TO UNSEAL COMPLAINT

The Defendant, Alberto Gonzalez, through undersigned counsel, and with no objection from the Government, respectfully requests that this Honorable Court enter its Order unsealing the Complaint, Docket Entry 1, to counsel for the Defendant.

The Defendant is entitled to the production of this document pursuant to Rules 16 and 26 of the Federal Rules of Evidence and the Fair Trial and Due Process provisions of the United States Constitution.

Counsel has conferred with AUSA Jeremy Fugate on this issue who has authorized undersigned counsel to advise the Court that the Government is unopposed to the granting of this Motion.

WHEREFORE the Defendant respectfully requests that this Honorable Court enter its Order directing the United States Attorney's Office to unseal and provide undersigned a copy of the Complaint filed in this matter.

DATED this 29th day of October, 2025.

>John R. Howes, Esq.
>Howes Law Group, P.A.
>110 SE 6th Street
>Suite 1700
>Fort Lauderdale, FL 33301
>Phone:  954.328.2358
>Email:  FloridaLawyer@outlook.com
>Florida Bar No. 0219193

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Unseal the Complaint has been furnished by Electronic Delivery using CM/ECF and to AUSA Jeremy Fugate at Jeremy.fugate@usdoj.gov and to Counsel of Record via CM/ECF and via email to David Antonio Donet, Esq. at donet@dmtlaw.com, G.P. Della Gera, Esq. at gpdellaferra@aol.com, Jean-Pierre Gilbert, Esq., at jean-pierre_gilbert@fd.org, Joaquin G. Perez, Esq. at jplaw1@bellsouth.net, Juan DeJesus Gonzalez, Esq.at JuanGonzalezLaw@aol.com, Roger DeJesus Gonzalez, Esq., at Roger@Cabrera.legal, and Samuel Joseph Rabin, Jr., at sjr@miamilawyer.com this 29th day of October, 2025.

>John R. Howes, Esq.