UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-20438-GAYLES

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| ALBERTO GONZALEZ, | ) |
| Defendant. | ) |

### *UNOPPOSSED* MOTION TO CONTINUE STATUS CONFERENCE AND JURY TRIAL

The Defendant, Alberto Gonzalez, by and through undersigned counsel, respectfully requests that this Honorable Court enter is Order continuing the January 7, 2026 Status Conference and the Jury Trial presently set for January 12, 2026. As grounds in support of said Motion the Defendant would state as follows:

1. The Government has submitted several discovery responses consisting of some, but not all of the anticipated discovery that is due in this matter. Discovery is continuing to be supplied by all parties. In fact, the undersigned received approximately 1 terabyte of material on December 22nd. Due to the voluminous amount of discovery in this matter, combined with the Protective Order that exists in this matter, counsel has not had the opportunity to catalogue, let alone separate

discovery in this matter and to comply with the Court's Order limiting the information that can be given to the Defendant.

2. Counsel has been in the process of preparing a case before Judge Artau that was filed in late 2024 and is set for a date certain on January 22, 2025. The Defendant and all other defendants have been incarcerated since their arrest in early December, 2024.

3. Counsel has conferred with the Defendant on the specific matter of this requested continuance and the Defendant has authorized the filing of this Motion and is aware that the time frame set for a jury trial will not be counted.

WHEREFORE the Defendant respectfully requests that this Honorable Court enter its Order continuing the Status Conference and Jury Trial as set in this matter to the date that other defendants are requesting a continuance until April, 2026.

DATED this 23rd day of December, 2025.

*John R. Howes, Esq.*
John R. Howes, Esq.
Howes Law Group, P.A.
110 SE 6th Street
Suite 1700
Fort Lauderdale, FL 33301
Phone:  954.328.2358
Email:  FloridaLawyer@outlook.com
Florida Bar No. 0219193

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Unseal the Complaint has been furnished by Electronic Delivery using CM/ECF and to AUSA Daya Nathan at daya.nathan@usdoj.gov and to counsel of record via CM/ECF this 23rd day of December, 2025.

*John R. Howes, Esq.*

John R. Howes, Esq.