## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  25-CR-20438-GAYLES(s)

UNITED STATES OF AMERICA

v.

**ALBERTO GONZALEZ,**

   **Defendant.**

_____/

### STIPULATED FACTUAL BASIS

The United States of America, ALBERTO GONZALEZ ("Defendant"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Beginning at least as early as September 2024, and continuing through September 24, 2024, in Miami-Dade County, in the Southern District of Florida, the Defendant did knowingly and willfully combine, conspire, confederate, and agree with others to distribute and possess with intent to distribute more than 500 grams but less than two (2) kilograms of cocaine, and did possess with intent to distribute more than 500 grams but less than two (2) kilograms of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) and 846.

On September 24, 2024, the Defendant obtained approximately one kilogram of cocaine from a co-conspirator. Law enforcement subsequently conducted a lawful traffic stop of the Defendant's vehicle in Miami-Dade County, Florida. A narcotics canine alerted to the odor of narcotics emanating from the vehicle. Law enforcement searched the vehicle and seized the cocaine from the trunk of Defendant's vehicle. The Drug Enforcement Administration laboratory confirmed the substance seized from the Defendant was approximately 1013.7 grams

of cocaine.

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove beyond a reasonable doubt the Defendant's guilt as to the crimes of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846, and Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 3/18/26        By: _____
                         DAYA NATHAN
                         ASSISTANT UNITED STATES ATTORNEY

Date: 3.18.26        By: _____
                         JOHN ROBERT HOWES
                         ATTORNEY FOR DEFENDANT

Date: 03-18-26       By: _____
                         ALBERTO GONZALEZ
                         DEFENDANT