# COURT MINUTES

Page 1

## Magistrate Judge Ellen F. D'Angelo

**King Building Courtroom 10-4**　　Date: 3/18/26　Time: 10:00 a.m.

Defendant: Alberto Gonzalez　　J#: (Bond)　Case #: 25-cr-20438-Gayles/Shaw-Wilder(s)

AUSA: Daniel Rosenfeld　　Attorney: John Howes (CJA)/Juan De Jesus Gonzalez

Violation: Conspiracy to PWID a Controlled Substance

Proceeding: Arraignment　　CJA Appt:

Bond/PTD Held: ⚬ Yes　⚬ No　　Recommended Bond:

Bond Set at: $100k Psb & $50k w/10%　　Co-signed by:

☑ Surrender and/or do not obtain passports/travel docs

☑ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☑ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☑ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☑ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: English

Disposition:

*Brady order given 10/28/25*

Defendant arraigned

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested.

Defendant's ore tenus request for entry of Standing discovery order: Granted

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**　Date:　Time:　Judge:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 10:10:56　　Time in Court: 2 minutes