UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-20438-GAYLES

UNITED STATES OF AMERICA,   )
                             )
         Plaintiff,          )
                             )
   vs.                       )
                             )
ALBERTO GONZALEZ,            )
                             )
         Defendant.          )
                             )
_____ )

**NOTICE OF DEFENDANT'S CHANGE OF ADDRESS**

Pursuant to an Order issued in open court on June 11, 2026, the Defendant advises the Court and Counsel that until his Ordered surrender date of July 3, 2026, that the Defendant will reside at 3920 W. 2nd Avenue, Hialeah, FL 33012.  All Notices should be sent to that address.

It should be noted that the Court permitted the Defendant to remain on bond due to the pending change of plea in *State v. Alberto Gonzalez,* Case No. F2420383, in the Eleventh Judicial Circuit Court for the Thirteenth Judicial Circuit in order for the Defendant to enter a plea and sentencing in that matter.   Case No.

DATED June 11, 2026.

John R. Howes, Esq.
Howes Law Group, P.A.
110 SE 6th Street
Suite 1700
Fort Lauderdale, FL 33301
Phone:  954.328.2358
Email:  FloridaLawyer@outlook.com
Florida Bar No. 0219193


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2026 a true and correct copy of the foregoing Notice of Defendant's Change of Address has been furnished by Electronic Delivery using CM/ECF and to AUSA Daya Nathan at daya.nathan@usdoj.gov to U.S. Probation Officer Sornoza at Mercedes_sornoza@flsp.uscourts.gov and Juan Gonzalez, Esq., at juangonzalezlaw@aol.com,

John R. Howes, Esq.